# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 10, 2012

145401 & (12)(13)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

ANGELA NICOLE CLIFTON,
            Plaintiff-Appellee,

v

JEREMY LEE JOHNSON,
            Defendant-Appellant.

SC: 145401
COA: 310760
Genesee CC: 11-903663-DP

_____/

On order of the Court, the motions for immediate consideration and for stay are GRANTED. The application for leave to appeal the June 19, 2012 order of the Court of Appeals remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 10, 2012

_____
Clerk

p0710